

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

### NO. 02-14-00436-CR

| | | |
|---|---|---|
| Jordan Robinson | § | From the 371st District Court |
| | § | of Tarrant County (1376531D) |
| v. | § | January 29, 2015 |
| | § | Opinion by Justice Sudderth |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Bonnie Sudderth_____
        Justice Bonnie Sudderth